UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-81099-CIV-ROSENBAUM/SELTZER

SAUEL NIEVES,

    Plaintiff,

v.

TRADESTAFF MANAGEMENT, INC.,

    Defendant.
_____/

## ORDER REQUIRING PARTIES TO FILE LATE DOCUMENT

The case is before the Court upon a review of the record. On October 25, 2012, the Court entered a Scheduling Order requiring the parties to file a Proposed Order Scheduling Mediation, setting forth the date, time, and location for mediation on or before April 23, 2013. D.E. 9 at 1. To date, however, the parties have not filed their Proposed Order.

Accordingly, it is **ORDERED and ADJUDGED** that on or before **May 3, 2013**, the parties shall file their Proposed Order Scheduling Mediation with the Court. Failure to timely comply with this Order may result in sanctions being imposed on the offending party or parties.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 26th day of April 2013.

*[Signature]*
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies furnished to:
The Honorable Barry S. Seltzer
Counsel of record